1  RAHA JORJANI (SBN 240941)
   MANAGING IMMIGRATION ATTORNEY
2  KELSEY MORALES (SBN 312362)
   IMMIGRATION DEFENSE ATTORNEY
3  OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
4  312 CLAY STREET, 2ND FLOOR
   OAKLAND, CA 94607
5  TEL (510) 268-7429
   FAX (510) 268-7462
6  Kelsey.Morales@acgov.org

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE DISTRICT OF NORTHERN CALIFORNIA

11

12

13  BENJAMIN DIAZ OROPEZA,                               Case No.:4:22-cv-09126-DMR

            Petitioner,
14
                                                         IMMIGRATION HABEAS CASE
15  vs.

16  MOISES BECERRA, in official capacity, Field
    Office Director of ICE's San Francisco Field        STIPULATION AND JOINT REQUEST TO
17  Office; TAE D. JOHNSON, in official capacity        SET A BRIEFING SCHEDULE;
    Acting Director of ICE; ALEJANDRO                   ORDER
18  MAYORKAS, in official capacity, Secretary of
    the U.S. Department of Homeland Security;
19  MERRICK B. GARLAND, in official capacity,
20  Attorney General of the United States;

21          Respondents.

22

23

24

25

26

27
    DIAZ OROPEZA V. BECERRA ET AL., CASE NO. 4:22-CV-09126-DMR
28  STIPULATION AND JOINT REQUEST TO SET A BRIEFING SCHEDULE;
    ORDER

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate and jointly request respectfully that the Court set the following briefing schedule with respect to Petitioner's petition for writ of habeas corpus:

1. Respondents will file their combined return and motion to dismiss, not to exceed 40 pages, to the petition by January 17, 2023.
2. Petitioner will file his combined traverse to the return and opposition to the motion to dismiss, not to exceed 30 pages, by January 24, 2023.
3. Respondents will file their reply in support of the motion to dismiss, if any, not to exceed 15 pages, by January 31, 2023.

Dated: December 30, 2022              *s/Kelsey Morales*
                                      Kelsey Morales
                                      Alameda County Public Defender's Office
                                      Attorney for Mr. Diaz


Dated: December 30, 2022              *s/David Kim (with permission)*
                                      David Kim
                                      Office of Immigration Litigation
                                      Attorney for Respondents


* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

DIAZ OROPEZA V. BECERRA ET AL., CASE NO. 4:22-CV-09126-DMR
STIPULATION AND JOINT REQUEST TO SET A BRIEFING SCHEDULE;
ORDER                                                                       1

ORDER

The Court, having considered the parties' stipulation and finding good cause, hereby ORDERS that:

1. Respondents shall file their combined return and motion to dismiss, not to exceed 40 pages, to the petition by January 17, 2023.
2. Petitioner shall file his combined traverse to the return and opposition to the motion to dismiss, not to exceed 30 pages, by January 24, 2023.
3. Respondents shall file their reply in support of the motion to dismiss, if any, not to exceed 15 pages, by January 31, 2023.

**IT IS SO ORDERED.**

Dated:  January 3, 2023



_____
Hon. Donna M. Ryu
United States Magistrate Judge

DIAZ OROPEZA V. BECERRA ET AL., CASE NO. 4:22-CV-09126-DMR
STIPULATION AND JOINT REQUEST TO SET A BRIEFING SCHEDULE; ORDER

2